UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOME DEPOT U.S.A., INC, <br><br> Plaintiff, <br><br> v. <br><br> AL-KARAM USA INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 1:22-cv-07447-JMF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFF HOME DEPOT U.S.A., INC.'S
### MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying brief, Plaintiff Home Depot U.S.A., Inc. respectfully moves for summary judgment pursuant to Federal Rule of Civil Procedure 56.

Dated: November 9, 2022.

Respectfully submitted,

*/s/ Eliza L. Taylor*
William N. Aumenta
waumenta@mdmc-law.com
Charles Quinn
cquinn@mdmc-law.com
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel: (973) 425.4172
Fax: (973) 425.2075

Ronan P. Doherty
doherty@bmelaw.com
Frederic J. Bold, Jr. (*admitted pro hac vice*)
bold@bmelaw.com
Eliza L. Taylor (*admitted pro hac vice*)
taylor@bmelaw.com
**Bondurant Mixson & Elmore, LLP**

- 2 -

        3900 One Atlantic Center
        1201 West Peachtree Street, N.W.
        Atlanta, Georgia  30309
        404-881-4100

        ***Attorneys for Home Depot U.S.A., Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I electronically filed the foregoing **PLAINTIFF HOME DEPOT U.S.A., INC.'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record for all parties.

/s/ Eliza L. Taylor
Eliza L. Taylor